# UNITED GUARANTY℠

**United Guaranty Residential Insurance
Company of North Carolina
United Guaranty Credit Insurance Company**
230 N. Elm Street
Greensboro, NC 27401
800.334.0296
800-362-7137 Fax

April 9, 2010

10-11431, Central District of California
Heimer Santos and Roxana Santos

Please Withdraw the proof of claim #7, The incorrect proof of claim was attached to the claim that was filed by United Guaranty.

If you need additional information, or have any questions, please call me at 800-334-0296 ext. #0334, or email corumr@ugcorp.com.

Thank you in advance.

Sincerely,

*Robin Corum*

Robin Corum
Litigation Support